IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sara Engimann and Miles Bennett Hogerty, | )<br>)<br>) |
| Plaintiffs, | ) Case No: 2024-CV-06992<br>) |
| v. | ) Judge: Sharon Johnson Coleman<br>) |
| Chicago Police Officer Christopher Bielfeldt (#63), Sheamus Mannion (#115), Superintendent David Brown, and City of Chicago, | )<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

/s/ Ben Elson
Ben Elson
Attorney for Plaintiffs Sara Engimann
and Miles Bennett Hogerty
People's Law Office
1180 N. Milwaukee Avenue
Chicago, IL 60642
(773) 235-0070
Attorney No. 6286106

DATE: 08/16/2024

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation

Mary B. Richardson-Lowry
Corporation Counsel
Attorney for City of Chicago

BY: _____
Caroline Fronczak
Deputy Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-5126
Attorney No. 6284817
DATE: 9/12/2024

_____
Richard Hu
Attorney for Defendant David Brown
Special Assistant Corporation Counsel
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 840-4312
Attorney No. 6306199
DATE: _____

_____
Whitney N. Hutchinson
Attorney for Defendants Christopher Biefeldt
and Sheamus Mannion
Special Assistant Corporation Counsel
Borkan & Scahill, Ltd.
20 S. Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030
Attorney No. 6303571
DATE: 9.11.24